

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NICHOLAS D. WILLIAMS, | § | No. 08-23-00046-CR |
| Appellant, | § | Appeal from the |
| v. | § | 390th Judicial District Court |
| THE STATE OF TEXAS, | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-DC-12-904084) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. This decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF FEBRUARY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.